WILLIAM DAY v. STATE.

No. A-1358.    Opinion Filed February 3, 1912.

Appeal from Kay County Court; Claude Duval, Judge.

William Day was convicted of violating the prohibitory law, and appeals. Affirmed.

W. B. Clark, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the county court of Kay county, at the April, 1911, term, on a charge of selling intoxicating liquor, and adjudged to pay a fine of two hundred and fifty dollars, and be confined in the county jail for a period of ninety days. Upon a careful examination of the record in this case we find no error sufficient to justify a reversal. The judgment of the trial court is affirmed.